IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                            Criminal No. 6:12CR60014-001

DUTCHIE REYNOLDS,
        Defendant.

## FINAL ORDER OF FORFEITURE

On June 27, 2013, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 43). In the Preliminary Order of Forfeiture, the following assets were forfeited to the United States subject to any potential third party interests:

    a. A JC Higgins, model 583.24, .16 gauge bolt-action, no serial number, and

    b. All ammunition.

    c. The United States was required to publish notice of this order pursuant to

d.        Fed.R.Crim.P.32.2(b)(6). On August 12, 2013, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court=s Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed.R.Crim.P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on June 27, 2013, shall

become final at this time. The firearm and ammunition described herein are hereby forfeited to the United States to be disposed of according to law.

IT IS SO ORDERED this 20th day of May, 2014.

*Susan O. Hickey*
HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

**MAY 20 2014**

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk